BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA M. ROACH (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
proach@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice pending*)
ERICH P. SCHORK (*pro hac vice pending*)
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RAFOFSKY and JOSHUA IRON WING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-01848 AB(MANx)<br><br>**CLASS ACTION**<br><br>PROOF OF SERVICE ON DEFENDANT NISSAN NORTH AMERICA, INC. OF CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM/COURT POLICY ON SETTLEMENT AND USE OF ADR; NOTICE OF INTERESTED PARTIES; AND ORDER SETTING SCHEDULING CONFERENCE<br><br>USDC: Hon. Andre Birotte, Jr.<br>Courtroom: 4, 2nd Fl. – Spring<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed: March 13, 2015 |

Case No. 2:15-cv-01848 AB(MANx)
PROOF OF SERVICE

| | |
|---|---|
| Dated: April 2, 2015 | BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>PAULA M. ROACH (254142)<br><br>By:   *s/ Timothy G. Blood*<br>        TIMOTHY G. BLOOD<br><br>701 B Street, Suite 1700<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>proach@bholaw.com<br><br>BARNOW AND ASSOCIATES, P.C.<br>BEN BARNOW (*pro hac vice pending*)<br>ERICH P. SCHORK (*pro hac vice pending*)<br>1 North LaSalle Street, Suite 4600<br>Chicago, IL  60602<br>Tel: 312/621-2000<br>312/641-5504 (fax)<br>b.barnow@barnowlaw.com<br>e.schork@barnowlaw.com<br><br>*Attorneys for Plaintiffs* |

*Joshua Rafofsky, et al. v. Nissan North America, Inc.*
Central District of California Case No. 2:15-cv-01848 AB(MANx)

PROOF OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 701 B Street, Suite 1700, San Diego, California 92101.

2. That on April 2, 2015, declarant served the CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM/COURT POLICY ON SETTLEMENT AND USE OF ADR; NOTICE OF INTERESTED PARTIES; and ORDER SETTING SCHEDULING CONFERENCE by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Nissan North America, Inc.
c/o   Peter J. Brennan, Esq.
      JENNER & BLOCK
      353 N. Clark Street, 38th Floor
      Chicago, IL  60654

3. That there is regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April, 2015 at San Diego, California.

*[signature]*
Janet Kohnenberger

Case No.: 2:15-cv-02171 FMO (FFMx)
PROOF OF SERVICE

BLOOD HURST & O'REARDON, LLP

00083058

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2015.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com