BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
Fax: 312/641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
Fax: 619/338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RAFOFSKY and JOSHUA IRON WING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-01848 AB(MANx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: May 1, 2017<br>TIME: 10:00 a.m.<br>JUDGE: Hon. André Birotte Jr.<br>ROOM: 7B, 7th Floor, 1st Street<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed: March 12, 2015 |

Case No. 2:15-cv-01848 AB(MANx)
PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT

1  Plaintiffs Joshua Rafofsky and Joshua Iron Wing ("Plaintiffs") request that
2  this Court extend the deadline to submit their motion for preliminary approval of the
3  class action settlement until April 19, 2017, noticed to be heard on May 1, 2017.

4  On March 17, 2017, the Court granted the Parties' Joint Stipulation to Extend
5  Plaintiffs' Deadline to Submit Motion for Approval of Class Action Settlement until
6  April 17, 2017.

7  It is Plaintiffs' position that the Settlement Agreement and all related
8  documents have been agreed to and we are awaiting the signature of Nissan's
9  designated signatory. Proposed Class Counsel have executed the Settlement
10 Agreement. It is Plaintiffs' counsels' belief that Nissan should be in a position to
11 provide Plaintiffs with a signed Settlement Agreement by April 19, 2017. If then
12 fully executed, Plaintiffs will then file the Settlement Agreement and accompanying
13 papers.

14 WHEREFORE, Plaintiffs request that the deadline to file a motion for
15 preliminary approval of the class action settlement be extended until April 19, 2017,
16 noticed to be heard on May 1, 2017.

17 A proposed Order is concurrently filed.

18
19 Dated:        April 17, 2017              Respectfully submitted,

20                                           BARNOW AND ASSOCIATES, P.C.
                                             BEN BARNOW (*pro hac vice*)
21                                           ERICH P. SCHORK (*pro hac vice*)

22
                                             By: _____/s  Ben Barnow_____
23                                                       BEN BARNOW

24                                           BARNOW AND ASSOCIATES, P.C.
                                             One North LaSalle Street, Suite 4600
25                                           Chicago, Illinois 60602
                                             Tel: 312/621-2000
26                                           Fax: 312/641-5504
                                             b.barnow@barnowlaw.com
27                                           e.schork@barnowlaw.com

28
                                                    1         Case No. 2:15-cv-01848 AB(MANx)
   PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBMIT MOTION FOR PRELIMINARY
                      APPROVAL OF CLASS ACTION SETTLMENT

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
Fax: 619/338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and that I shall cause the foregoing document to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

/s  Ben Barnow_____

BEN BARNOW
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
(312) 621-2000
(312) 641-5504 (fax)
b.barnow@barnowlaw.com