BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
Fax: 312/641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
Fax: 619/338-1101
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RAFOFSKY and JOSHUA IRON WING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-01848 AB(MANx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hon. André Birotte Jr.<br><br>Complaint Filed: March 12, 2015 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBMIT MOTION FOR PRELMIINARY APPROVAL OF CLASS ACTION SETTLEMENT

1          This matter comes before the Court on Plaintiffs' motion to extend the

2    deadline to file a motion for preliminary approval of class action settlement.

3          Upon review of the matter, the Court finds that Plaintiffs have shown good

4    cause and accordingly **ORDERS** that Plaintiffs' motion for approval of

5    the class action settlement, filed on April 19, 2017 (Dkt No, 120), shall be heard on
May 1, 2017.

7

8          SO ORDERED this  27th day of  April , 2017.

9

10

11   Honorable André Birotte Jr.

12   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Case No. 2:15-cv-01848 AB(MANx)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND
DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT