1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RAFOFSKY and JOSHUA IRON WING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-01848 AB(MANx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND PLAINTIFF SERVICE AWARDS**<br><br>JUDGE:   Hon. André Birotte Jr.<br>Courtroom: 7B, 7th Fl. – 1st Street |

This matter coming before the Court on Representative Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Expenses, and Plaintiff Service Awards, and the Court being duly advised in the premises, having considered all submissions filed therewith, and having held a final fairness hearing and considered all filings related to Representative Plaintiffs' class action settlement with Nissan North America, Inc. (the "Settlement").

IT IS HEREBY ORDERED:

1. Representative Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Expenses, and Plaintiff Service Awards, is **GRANTED**;

2. The Court finds Representative Plaintiffs' request for an award of an attorneys' fees in the amount of $710,000, and costs and expenses in the amount of $90,000, to be reasonable, justified, and appropriate;

3. In accordance with the terms of the Settlement, Nissan North America, Inc., shall pay Class Counsel $710,000 in attorneys' fees and $90,000 in costs and expenses; and

4. Representative Plaintiffs Joshua Rafofsky, Joshua Iron Wing, and L. Zingerman, D.D.S., P.C., are each hereby awarded $5,000 for their service on behalf of the Settlement Class in the Litigation, to be paid by defendant Nissan North America, Inc., in accordance with the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: September 12, 2017

HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE